ELIZABETH HAZEL STANDEVEN, by Her Guardian ad Litem, AGNES KIESEL, and AGNES KIESEL, Respondents, v. IRVING TRUST COMPANY, Appellant, Impleaded with Others, Defendants, and MARY KRAMER, Respondent.— Order reversed, with twenty dollars costs and disbursements to the appellant against the plaintiffs, respondents, and the motion granted in so far as to permit defendant, appellant, to file jury demand and pay fee. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.